585 A.2d 368

RALPH TOTARO, JR. v. ROSEMARIE TOTARO.

September 4, 1990.

Petition for certification denied.

585 A.2d 368

MARY ANN MARKY v. DEE ROSE FURNITURE COMPANY.

September 4, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 207, 574 *A.*2d 546)

585 A.2d 369

JOSE PEREZ v. PLANNING BOARD OF THE TOWNSHIP OF WEEHAWKEN.

September 4, 1990.

Petition for certification denied.

585 A.2d 369

LOUIS FUSCO v. THOMAS TUCKER.

September 4, 1990.

Petition for certification denied.